**Electronically Filed**
**Supreme Court**
**SCWC-28314**
**02-MAY-2011**
**10:52 AM**

SCWC-28314

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

CHUNG MI AHN,
Respondent/Claimant/Appellant/Appellee-Appellee,

vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Petitioner/Respondent/Appellee/Appellant-Cross-Appellee,

and

J.P. SCHMIDT, Insurance Commissioner,
Department of Commerce and Consumer Affairs,
Respondent/Appellee/Appellee-Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 05-1-2265)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])


Petitioner/Respondent/Appellee/Appellant-Cross-Appellee

Liberty Mutual Fire Insurance Company's application for writ of

---

[1] Considered by: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ., and Circuit Judge Chang, in place of Recktenwald, C.J., recused.

certiorari, filed on April 13, 2011, is accepted and will be scheduled for consolidated oral arguments with SCWC-28315, Kim v. Liberty Mutual Fire Insurance Company and J.P. Schmidt, Insurance Commissioner, Department of Commerce and Consumer Affairs.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, May 2, 2011.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



MATSUI, CHUNG & IKEHARA
Randall Y.S. Chung
James H. Monma, for
Petitioner/Respondent/Appellee/Appellant-
Cross-Appellee, Liberty Mutual
Fire Insurance Company